**SO ORDERED: December 17, 2013.**



_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EDWARD FRANKLIN YARNELL, III | ) | |
| BARBARA FRANCES YARNELL, | ) | Case No. 10-18734-JMC-7A |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| DEBORAH J. CARUSO, as Trustee of the | ) | |
| Bankruptcy Estate of Edward Franklin | ) | |
| Yarnell, III and Barbara Frances Yarnell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. Proc. No. 13-50185 |
| | ) | |
| EDWARD FRANKLIN YARNELL, III | ) | |
| BARBARA FRANCES YARNELL, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT AS TO DEFENDANTS
EDWARD FRANKLIN YARNELL, III AND BARBARA FRANCES YARNELL**

This matter comes before the Court on the *Verified Motion for Entry of Default Judgment as to Defendants Edward Franklin Yarnell, III and Barbara Frances Yarnell* (the "Motion") filed

herein by the Plaintiff, Deborah J. Caruso (the "Trustee"), the duly appointed Trustee for the above-captioned bankruptcy case. The Defendants, Edward Franklin Yarnell, III and Barbara Frances Yarnell (the "Defendants") were served with an Alias Summons and the *Complaint to Revoke Debtor's Discharge* (the "Complaint") on August 12, 2013; and no appearance or other responsive pleading or answer has been filed on behalf of the Defendants within the time allotted by the Federal Rules of Bankruptcy Procedure. The Court, being duly advised, now finds that the Motion, in respect to the Defendants should be and hereby is GRANTED as set forth herein, and finds for the Trustee on her Complaint against the Defendants.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Judgment is hereby entered on the Complaint, in respect to the Defendants, and in favor of the Trustee.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Defendants have failed to comply with the Turnover Order, as described in the Motion, therefore the discharge granted to the Defendants on March 29, 2011 is hereby REVOKED pursuant to § 727(a)(6)(A) and (d) of the Bankruptcy Code.

###